# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                              §
                                    §
Joseph V Jezierski                  §     Case No. 12-03650
Alexis V Jezierski                  §
                                    §
                                    §
              Debtor(s)             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ____ of the United States Bankruptcy Code was filed on ____. The case was converted to one under Chapter 7 on ____. The undersigned trustee was appointed on ____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                            $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $           . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $           , for a total compensation of $        [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $      , and now requests reimbursement for expenses of $      , for total expenses of $        [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/DEBORAH M. GUTFELD_____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-03650 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | DEBORAH M. GUTFELD |
| Case Name: | Joseph V Jezierski | | | | Date Filed (f) or Converted (c): | 06/30/2014 (c) |
| | Alexis V Jezierski | | | | 341(a) Meeting Date: | 07/25/2014 |
| For Period Ending: | 01/08/2015 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. The Marriott's Grand Chateau 0.0068278% In Parcel A 75 E. Ha | 6,000.00 | 0.00 | | 0.00 | FA |
| 2. Citizen's Financial Bank, Checking Account (...0706) | 19.00 | 0.00 | | 0.00 | FA |
| 3. Citizen's Financial Bank, Checking Account (...2444) | 0.00 | 0.00 | | 0.00 | FA |
| 4. Citizen's Financial Bank, Savings Account (...2926) Jointly | 120.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods And Furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Necessary Wearing Apparel | 100.00 | 0.00 | | 0.00 | FA |
| 7. Wedding Rings | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Vanguard 401(K) | 515.13 | 0.00 | | 0.00 | FA |
| 9. Kohl's 401 (K) | 692.45 | 0.00 | | 0.00 | FA |
| 10. 2007 Dodge Charger | 11,982.00 | 4,721.00 | | 4,500.00 | FA |
| 11. 2009 Mitsubishi Lancer | 6,057.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $28,485.58 | $4,721.00 | | $4,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/2015     Current Projected Date of Final Report (TFR): 06/30/2015

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-03650 | Trustee Name: | DEBORAH M. GUTFELD |
| Case Name: | Joseph V Jezierski | Bank Name: | Associated Bank |
| | Alexis V Jezierski | Account Number/CD#: | XXXXXX7957 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3793 | Blanket Bond (per case limit): | $100,000.00 |
| For Period Ending: | 01/08/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/30/14 | 10 | Vivian Jezierski<br>First Merchants Bank, N.A.<br>Official Check | Payment per 10.23.14 court order | 1129-000 | $1,500.00 | | $1,500.00 |
| 10/30/14 | 10 | Vivian Jezierski<br>First Merchants Bank, N.A.<br>Official Check | Payment per 10.23.14 court order | 1129-000 | $1,500.00 | | $3,000.00 |
| 10/30/14 | 10 | Vivian Jezierski<br>First Merchants Bank, N.A.<br>Official Check | Payment per 10.23.14 court order | 1129-000 | $1,500.00 | | $4,500.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $4,500.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $4,500.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,500.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*   Page Subtotals:   $4,500.00   $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7957 - Checking | $4,500.00 | $0.00 | $4,500.00 |
|  | $4,500.00 | $0.00 | $4,500.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,500.00 |
| Total Gross Receipts: | $4,500.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-03650　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date: January 8, 2015
Debtor Name: Joseph V Jezierski
Claims Bar Date:

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | DEBORAH M. GUTFELD<br>131 S. DEARBORN STREET, SUITE 1700<br>CHICAGO, IL 60603-5559 | Administrative<br>Payment Status: Valid To Pay | | $0.00 | $1,125.00 | $1,125.00 |
| 100 3110 | Perkins Coie LLP<br>131 S. Dearborn St., Suite 1700<br>Chicago, IL 60603-5559 | Administrative<br>Payment Status: Valid To Pay | | $0.00 | $1,144.00 | $1,144.00 |
| 1 300 7100 | N. A. Capital One<br>Capital One, N.A.<br>C/O Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, Tx 75374 | Unsecured<br>Payment Status: Valid To Pay | Date Filed: 02/21/2012 | $0.00 | $2,391.95 | $2,391.95 |
| 3 300 7100 | Sallie Mae Inc. On Behalf Of Usa Funds<br>Attn: Bankruptcy Litigation Unit E3149<br>P.O. Box 9430<br>Wilkes-Barre, Pa 18773-9430 | Unsecured<br>Payment Status: Valid To Pay | Date Filed: 02/29/2012 | $0.00 | $46,364.36 | $46,364.36 |
| 4 300 7100 | Oak Harbor Capital Iv, Llc<br>C O Weinstein And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Unsecured<br>Payment Status: Valid To Pay | Date Filed: 03/27/2012 | $0.00 | $5,219.25 | $5,219.25 |
| 5 300 7100 | Illinois Student Assistance Commission<br>1755 Lake Cook Rd<br>Deerfield Il 60015 | Unsecured<br>Payment Status: Valid To Pay | Date Filed: 04/04/2012 | $0.00 | $11,129.88 | $11,129.88 |
| 6 300 7100 | U. S. Department Of Education<br>U.S. Department Of Education<br>P.O. Box 5609<br>Greenville, Tx 75403-5609 | Unsecured<br>Payment Status: Valid To Pay | Date Filed: 06/17/2014 | $0.00 | $45,033.59 | $45,033.59 |
| 7 300 7100 | Dept Of Education<br>Fedloan Servicing<br>P.O. Box 69184<br>Harrisburg, Pa 17106-9184 | Unsecured<br>Payment Status: Valid To Pay | Date Filed: 06/05/2012 | $0.00 | $34,184.27 | $34,184.27 |
| 8 300 7100 | Pra Receivables Management, Llc<br>Pob 41067<br>Norfolk, Va 23541 | Unsecured<br>Payment Status: Valid To Pay | Date Filed: 06/11/2012 | $0.00 | $6,190.04 | $6,190.04 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 12-03650  
Debtor Name: Joseph V Jezierski  
Claims Bar Date:

Date: January 8, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 9 300 7100 | Portfolio Recovery Associates, Llc C/O Chase Bank Usa, N.A. Po Box 41067 Norfolk Va 23541 | Unsecured Payment Status: Valid To Pay | Date Filed: 06/12/2012 | $0.00 | $6,852.87 | $6,852.87 |
| 10 300 7100 | Portfolio Recovery Associates, Llc C/O Chase Bank Usa, N.A. Po Box 41067 Norfolk Va 23541 | Unsecured Payment Status: Valid To Pay | Date Filed: 06/12/2012 | $0.00 | $11,072.28 | $11,072.28 |
| 11 300 7100 | Sallie Mae Pc Trust C/O Sallie Mae Inc. 220 Lasley Ave. Wilkes-Barre, Pa 18706 | Unsecured Payment Status: Valid To Pay | Date Filed: 08/07/2012 | $0.00 | $5,822.06 | $5,822.06 |
| 12 300 7100 | Navient Solutions Inc. Po Box9640 Wilkes-Barre, Pa 18773-9640 | Unsecured Payment Status: Valid To Pay | Date Filed: 09/16/2014 | $0.00 | $6,532.87 | $6,532.87 |
| 13 300 7100 | Navient Solutions, Inc. Department Of Education Loan Services P.O. Box 9635 Wilkes-Barre, Pa 18773-9635 | Unsecured Payment Status: Valid To Pay | Date Filed: 09/16/2014 | $0.00 | $51,164.23 | $51,164.23 |
| 14 300 7100 | Navient Solutions, Inc. 220 Lasley Ave Wilkes-Barre, Pa 18706 | Unsecured Payment Status: Valid To Pay | Date Filed: 09/16/2014 | $0.00 | $11,407.23 | $11,407.23 |
| 15 300 7100 | American Infosource Lp As Agent For T Mobile/T-Mobile Usa Inc Po Box 248848 Oklahoma City, Ok 73124-8848 | Unsecured Payment Status: Valid To Pay | Date Filed: 10/23/2014 | $0.00 | $1,134.65 | $1,134.65 |
| 2 400 4110 | Mitsubishi Motor Credit Of America C/O Weltman Weinberg & Reis 323 W Lakeside Avenue Suite 200 Cleveland, Oh 44113 | Secured Payment Status: Invalid | Date Filed: 02/24/2012 | $0.00 | $9,248.96 | $9,248.96 |
| | Case Totals | | | $0.00 | $256,017.49 | $256,017.49 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-03650
Case Name: Joseph V Jezierski
        Alexis V Jezierski
Trustee Name: DEBORAH M. GUTFELD

    Balance on hand                                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEBORAH M. GUTFELD | $ | $ | $ |
| Attorney for Trustee Fees: Perkins Coie LLP | $ | $ | $ |

   Total to be paid for chapter 7 administrative expenses        $_____
   Remaining Balance                                                 $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

   Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $              have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | N. A. Capital One | $ | $ | $ |
| 3 | Sallie Mae Inc. On Behalf Of Usa Funds | $ | $ | $ |
| 4 | Oak Harbor Capital Iv, Llc | $ | $ | $ |
| 5 | Illinois Student Assistance Commission | $ | $ | $ |
| 6 | U. S. Department Of Education | $ | $ | $ |
| 7 | Dept Of Education | $ | $ | $ |
| 8 | Pra Receivables Management, Llc | $ | $ | $ |
| 9 | Portfolio Recovery Associates, Llc | $ | $ | $ |
| 10 | Portfolio Recovery Associates, Llc | $ | $ | $ |
| 11 | Sallie Mae Pc Trust | $ | $ | $ |
| 12 | Navient Solutions Inc. | $ | $ | $ |
| 13 | Navient Solutions, Inc. | $ | $ | $ |
| 14 | Navient Solutions, Inc. | $ | $ | $ |
| 15 | American Infosource Lp As Agent For | $ | $ | $ |

      Total to be paid to timely general unsecured creditors      $_____

      Remaining Balance      $_____

      Tardily filed claims of general (unsecured) creditors totaling $   have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be   percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $   have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be   percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*