# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
Joseph V Jezierski § Case No. 12-03650
Alexis V Jezierski §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee application and any objection to the Final Report will be held at 10:30 a.m. on February 19, 2015 in courtroom 644 at 219 South Dearborn Street, Chicago, Illinois 60604.

If no objections are filed, upon entry of an order on the fee application, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Deborah M. Gutfeld
                                            Chapter 7 Trustee


*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
 §
Joseph V Jezierski  §   Case No. 12-03650
Alexis V Jezierski  §
 §
 §
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,500.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 4,500.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEBORAH M. GUTFELD | $ 1,125.00 | $ 0.00 | $ 1,125.00 |
| Attorney for Trustee Fees: Perkins Coie LLP | $ 1,144.00 | $ 0.00 | $ 1,144.00 |

Total to be paid for chapter 7 administrative expenses   $   2,269.00
Remaining Balance   $   2,231.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 244,499.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | N. A. Capital One | $ 2,391.95 | $ 0.00 | $ 21.83 |
| 3 | Sallie Mae Inc. On Behalf Of Usa Funds | $ 46,364.36 | $ 0.00 | $ 423.06 |
| 4 | Oak Harbor Capital Iv, Llc | $ 5,219.25 | $ 0.00 | $ 47.62 |
| 5 | Illinois Student Assistance Commission | $ 11,129.88 | $ 0.00 | $ 101.56 |
| 6 | U. S. Department Of Education | $ 45,033.59 | $ 0.00 | $ 410.92 |
| 7 | Dept Of Education | $ 34,184.27 | $ 0.00 | $ 311.92 |
| 8 | Pra Receivables Management, Llc | $ 6,190.04 | $ 0.00 | $ 56.48 |
| 9 | Portfolio Recovery Associates, Llc | $ 6,852.87 | $ 0.00 | $ 62.53 |
| 10 | Portfolio Recovery Associates, Llc | $ 11,072.28 | $ 0.00 | $ 101.03 |
| 11 | Sallie Mae Pc Trust | $ 5,822.06 | $ 0.00 | $ 53.12 |
| 12 | Navient Solutions Inc. | $ 6,532.87 | $ 0.00 | $ 59.61 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | Navient Solutions, Inc. | $ 51,164.23 | $ 0.00 | $ 466.86 |
| 14 | Navient Solutions, Inc. | $ 11,407.23 | $ 0.00 | $ 104.10 |
| 15 | American Infosource Lp As Agent For | $ 1,134.65 | $ 0.00 | $ 10.36 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 2,231.00 |
| Remaining Balance | $ | 0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Deborah M. Gutfeld
Chapter 7 Trustee

*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Joseph V Jezierski
Alexis V Jezierski
    Debtors

Case No. 12-03650-PSH
Chapter 7

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: driddick              Page 1 of 2             Date Rcvd: Jan 27, 2015
                              Form ID: pdf006             Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2015.
```
db/jdb         +Joseph V Jezierski,    Alexis V Jezierski,    3842 W. 55th Place,    Chicago, IL 60629-3802
18433075       +Bridget Dulinskas,    7407 Larchwood Lane,    Woodridge, IL 60517-2223
19017321       +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
18433076       +Capital One,   PO Box 30285,    Salt Lake City, UT 84130-0285
18509144       +Capital One, N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
                 Dallas, TX 75374-0933
18433077        Chase,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
18433078        Chase Student Loans,    P.O. Box 78044,    Phoenix, AZ 85062-8044
18433079        Chase- Freedom,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
18433080        Department of Education,    FEDLOAN Servicing,    P.O. Box 530210,    Atlanta, GA 30353-0210
18998504        Dept of Education,    FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
18433082        HSBC Card Services,    P.O. Box 37281,    Baltimore, MD 21297-3281
18433081       +Hard Carbon,    Attn: Law Department,    6649 Westwood Blvd, 3rd Floor,    Orlando, FL 32821-8029
18526785        Mitsubishi Motgors Credit of America,    PO BOX 4401 Bridgeton, MO 63044
22390452        Navient Solutions Inc.,    Po Box9640,    Wilkes-Barre, PA 18773-9640
22390545       +Navient Solutions, Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1430
22390514        Navient Solutions, Inc.,    Department of Education Loan Services,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
18433086        OB/GYN Health Assoc.,    P.O. Box 967,    Tinley Park, IL 60477-0967
19022170       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    c/o Chase Bank Usa, N.a.,
                 PO Box 41067,    Norfolk VA 23541)
20374508       +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
18433088       +U.S. Department of Education,    P.O. Box 5609,    Greenville, TX 75403-5609
18433089       +Vivian Jezierski,    13412 S. LeClaire Ave,    Crestwood, IL 60445-4402
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22551989        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 28 2015 02:07:00
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
18733102       +E-mail/Text: ISAC.Bankruptcy@ISAC.illinois.gov Jan 28 2015 02:11:20
                 Illinois Student Assistance Commission,    1755 Lake Cook Rd,    Deerfield IL 60015-5209
18433083        E-mail/Text: bnckohlsnotices@becket-lee.com Jan 28 2015 02:11:30        Kohl's,    P.O. Box 3084,
                 Milwaukee, WI 53201-3084
18433084       +E-mail/Text: MVCIBL@VACATIONCLUB.COM Jan 28 2015 02:12:30        Marriott Ownership Resorts, Inc.,
                 P.O Box 8038,    Lakeland, FL 33802-8038
18433085       +E-mail/Text: BKRMailOps@weltman.com Jan 28 2015 02:12:35        Mitsubishi Motor Credit of America,
                 c/o Weltman Weinberg & Reis,    323 W Lakeside Avenue,    Suite 200,    Cleveland, OH 44113-1009
18689841       +E-mail/Text: bncmail@w-legal.com Jan 28 2015 02:12:56        OAK HARBOR CAPITAL IV, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
18548142        E-mail/PDF: pa_dc_litigation@navient.com Jan 28 2015 02:07:58
                 Sallie Mae Inc. on behalf of USA FUNDS,    Attn: Bankruptcy Litigation Unit E3149,
                 P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
19168770       +E-mail/PDF: pa_dc_claims@navient.com Jan 28 2015 02:07:58        Sallie Mae PC Trust,
                 c/o Sallie Mae Inc.,    220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
18433087       +E-mail/PDF: pa_dc_claims@navient.com Jan 28 2015 02:07:31        Sallie Mae Servicing,
                 P.O. Box 9500,    Wilkes Barre, PA 18773-9500
                                                                                               TOTAL: 9
```

```
                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2015                                  Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: driddick              Page 2 of 2                  Date Rcvd: Jan 27, 2015
                              Form ID: pdf006             Total Noticed: 30
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2015 at the address(es) listed below:
              Deborah Michelle Gutfeld    gutfeldch7@perkinscoie.com,  dgutfeld@ecf.epiqsystems.com
              Jordan  Galassie    on behalf of Trustee Deborah Michelle Gutfeld jgalassie@perkinscoie.com,
               nsaldinger@perkinscoie.com;docketchi@perkinscoie.com
              Monette W Cope    on behalf of Creditor   Mitsubishi Motor Credit of America, Its Successors and
               Assigns ecfnil@weltman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert R Benjamin    on behalf of Debtor Joseph V Jezierski rrbenjamin@golanchristie.com,
               lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchr
               istie.com;kkussmann@golanchristie.com
              Robert R Benjamin    on behalf of Joint Debtor Alexis V Jezierski rrbenjamin@golanchristie.com,
               lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchr
               istie.com;kkussmann@golanchristie.com
                                                                                              TOTAL: 6
```