UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re:                                  §
                                        §
Joseph V Jezierski                      §    Case No. 12-03650
Alexis V Jezierski                      §
                                        §
          Debtor(s)                     §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    DEBORAH M. GUTFELD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 12,057.00<br>*(Without deducting any secured claims)* | Assets Exempt: 11,707.58 |
| Total Distributions to Claimants: 2,231.00 | Claims Discharged<br>Without Payment: 445,324.15 |
| Total Expenses of Administration: 2,269.00 | |

    3) Total gross receipts of $ 4,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 4,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 25,601.58 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,269.00 | 2,269.00 | 2,269.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 188,583.92 | 233,369.65 | 233,369.65 | 2,231.00 |
| **TOTAL DISBURSEMENTS** | $ 214,185.50 | $ 235,638.65 | $ 235,638.65 | $ 4,500.00 |

4) This case was originally filed under chapter 13 on 02/01/2012 , and it was converted to chapter 7 on 06/30/2014 . The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/04/2015            By:/s/DEBORAH M. GUTFELD
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 Dodge Charger | 1129-000 | 4,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Marriott Ownership Resorts, Inc. P.O Box 8038 Lakeland, FL 33802 | | 16,159.00 | NA | NA | 0.00 |
| | Mitsubishi Motors Credit of America, Inc. P.O. Box 4401 Bridgeton, MO 63044 | | 9,442.58 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 25,601.58** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH M. GUTFELD | 2100-000 | NA | 1,125.00 | 1,125.00 | 1,125.00 |
| Perkins Coie LLP | 3110-000 | NA | 1,144.00 | 1,144.00 | 1,144.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,269.00 | $ 2,269.00 | $ 2,269.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One PO Box 30285 Salt Lake City, UT 84130 | | 5,219.25 | NA | NA | 0.00 |
| | Chase Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | | 11,072.28 | NA | NA | 0.00 |
| | Chase- Freedom Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | | 6,852.87 | NA | NA | 0.00 |
| | Chase Student Loans P.O. Box 78044 Phoenix, AZ 85062-8044 | | 11,256.47 | NA | NA | 0.00 |
| | Department of Education FEDLOAN Servicing P.O. Box 530210 Atlanta, GA 30353-0210 | | 33,454.03 | NA | NA | 0.00 |
| | HSBC Card Services P.O. Box 37281 Baltimore, MD 21297-3281 | | 6,190.04 | NA | NA | 0.00 |
| | Kohl's P.O. Box 3084 Milwaukee, WI 53201-3084 | | 2,597.47 | NA | NA | 0.00 |
| | OB/GYN Health Assoc. P.O. Box 967 Tinley Park, IL 60477-0967 | | 3,303.92 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sallie Mae Servicing P.O. Box 9500 Wilkes Barre, PA 18773 | | 57,057.47 | NA | NA | 0.00 |
| | Sallie Mae Servicing P.O. Box 9500 Wilkes Barre, PA 18773 | | 6,433.58 | NA | NA | 0.00 |
| | U.S. Department of Education Direct Loan Servicing Center P.O. Box 5609 Greenville, TX 75403-5609 | | 45,146.54 | NA | NA | 0.00 |
| 15 | American Infosource Lp As Agent For | 7100-000 | NA | 1,134.65 | 1,134.65 | 10.84 |
| 7 | Dept Of Education | 7100-000 | NA | 34,184.27 | 34,184.27 | 326.80 |
| 1 | N. A. Capital One | 7100-000 | NA | 2,391.95 | 2,391.95 | 22.87 |
| 12 | Navient Solutions Inc. | 7100-000 | NA | 6,532.87 | 6,532.87 | 62.45 |
| 13 | Navient Solutions, Inc. | 7100-000 | NA | 51,164.23 | 51,164.23 | 489.13 |
| 14 | Navient Solutions, Inc. | 7100-000 | NA | 11,407.23 | 11,407.23 | 109.05 |
| 4 | Oak Harbor Capital Iv, Llc | 7100-000 | NA | 5,219.25 | 5,219.25 | 49.90 |
| 10 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 11,072.28 | 11,072.28 | 105.85 |
| 9 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 6,852.87 | 6,852.87 | 65.51 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Pra Receivables Management, Llc | 7100-000 | NA | 6,190.04 | 6,190.04 | 59.18 |
| 3 | Sallie Mae Inc. On Behalf Of Usa Funds | 7100-000 | NA | 46,364.36 | 46,364.36 | 443.24 |
| 11 | Sallie Mae Pc Trust | 7100-000 | NA | 5,822.06 | 5,822.06 | 55.66 |
| 6 | U. S. Department Of Education | 7100-000 | NA | 45,033.59 | 45,033.59 | 430.52 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 188,583.92 | $ 233,369.65 | $ 233,369.65 | $ 2,231.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 12-03650 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | DEBORAH M. GUTFELD |
|---|---|---|---|---|---|---|
| Case Name: | Joseph V Jezierski | | | | Date Filed (f) or Converted (c): | 06/30/2014 (c) |
| | Alexis V Jezierski | | | | 341(a) Meeting Date: | 07/25/2014 |
| For Period Ending: | 09/04/2015 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. The Marriott's Grand Chateau 0.0068278% In Parcel A 75 E. Ha | 6,000.00 | 0.00 | | 0.00 | FA |
| 2. Citizen's Financial Bank, Checking Account (...0706) | 19.00 | 0.00 | | 0.00 | FA |
| 3. Citizen's Financial Bank, Checking Account (...2444) | 0.00 | 0.00 | | 0.00 | FA |
| 4. Citizen's Financial Bank, Savings Account (...2926) Jointly | 120.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods And Furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Necessary Wearing Apparel | 100.00 | 0.00 | | 0.00 | FA |
| 7. Wedding Rings | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Vanguard 401(K) | 515.13 | 0.00 | | 0.00 | FA |
| 9. Kohl's 401 (K) | 692.45 | 0.00 | | 0.00 | FA |
| 10. 2007 Dodge Charger | 11,982.00 | 4,721.00 | | 4,500.00 | FA |
| 11. 2009 Mitsubishi Lancer | 6,057.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $28,485.58 | $4,721.00 | | $4,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TDR submitted to UST on 8/11/15.

Initial Projected Date of Final Report (TFR): 06/30/2015    Current Projected Date of Final Report (TFR):

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-03650 |
| Case Name: | Joseph V Jezierski |
| | Alexis V Jezierski |
| Taxpayer ID No: | XX-XXX3793 |
| For Period Ending: | 09/04/2015 |

| | |
|---|---|
| Trustee Name: | DEBORAH M. GUTFELD |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX7957 |
| | Checking |
| Blanket Bond (per case limit): | $100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/30/14 | 10 | Vivian Jezierski<br>First Merchants Bank, N.A.<br>Official Check | Payment per 10.23.14 court order | 1129-000 | $1,500.00 | | $1,500.00 |
| 10/30/14 | 10 | Vivian Jezierski<br>First Merchants Bank, N.A.<br>Official Check | Payment per 10.23.14 court order | 1129-000 | $1,500.00 | | $3,000.00 |
| 10/30/14 | 10 | Vivian Jezierski<br>First Merchants Bank, N.A.<br>Official Check | Payment per 10.23.14 court order | 1129-000 | $1,500.00 | | $4,500.00 |
| 02/19/15 | 101 | DEBORAH M. GUTFELD<br>131 S. DEARBORN STREET, SUITE 1700<br>CHICAGO, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,125.00 | $3,375.00 |
| 02/19/15 | 102 | Perkins Coie LLP<br>131 S. Dearborn St., Suite 1700<br>Chicago, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $1,144.00 | $2,231.00 |
| 02/19/15 | 103 | N. A. Capital One<br>Capital One, N.A.<br>C/O Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, Tx 75374 | Final distribution to claim 1 representing a payment of 0.91 % per court order. | 7100-000 | | $21.83 | $2,209.17 |
| 02/19/15 | 104 | Sallie Mae Inc. On Behalf Of Usa Funds<br>Attn: Bankruptcy Litigation Unit E3149<br>P.O. Box 9430<br>Wilkes-Barre, Pa 18773-9430 | Final distribution to claim 3 representing a payment of 0.91 % per court order. | 7100-000 | | $423.06 | $1,786.11 |
| 02/19/15 | 105 | Oak Harbor Capital Iv, Llc<br>C O Weinstein And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Final distribution to claim 4 representing a payment of 0.91 % per court order. | 7100-000 | | $47.62 | $1,738.49 |
| 02/19/15 | 106 | Illinois Student Assistance Commission<br>1755 Lake Cook Rd<br>Deerfield Il 60015 | Final distribution to claim 5 representing a payment of 0.91 % per court order. | 7100-000 | | $101.56 | $1,636.93 |
| 02/19/15 | 107 | U. S. Department Of Education<br>U.S. Department Of Education<br>P.O. Box 5609<br>Greenville, Tx 75403-5609 | Final distribution to claim 6 representing a payment of 0.91 % per court order. | 7100-000 | | $410.92 | $1,226.01 |

Page Subtotals:  $4,500.00  $3,273.99

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-03650 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: Joseph V Jezierski | Bank Name: Associated Bank |
| Alexis V Jezierski | Account Number/CD#: XXXXXX7957 |
| | Checking |
| Taxpayer ID No: XX-XXX3793 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 09/04/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/19/15 | 108 | Dept Of Education<br>Fedloan Servicing<br>P.O. Box 69184<br>Harrisburg, Pa 17106-9184 | Final distribution to claim 7 representing a payment of 0.91 % per court order. | 7100-000 | | $311.92 | $914.09 |
| 02/19/15 | 109 | Pra Receivables Management, Llc<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 8 representing a payment of 0.91 % per court order. | 7100-000 | | $56.48 | $857.61 |
| 02/19/15 | 110 | Portfolio Recovery Associates, Llc<br>C/O Chase Bank Usa, N.A.<br>Po Box 41067<br>Norfolk Va 23541 | Distribution | | | $163.56 | $694.05 |
| | | Portfolio Recovery Associates, Llc | Final distribution to claim 9     ($62.53) representing a payment of 0.91 % per court order. | 7100-000 | | | |
| | | Portfolio Recovery Associates, Llc | Final distribution to claim 10     ($101.03) representing a payment of 0.91 % per court order. | 7100-000 | | | |
| 02/19/15 | 111 | Sallie Mae Pc Trust<br>C/O Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, Pa 18706 | Final distribution to claim 11 representing a payment of 0.91 % per court order. | 7100-000 | | $53.12 | $640.93 |
| 02/19/15 | 112 | Navient Solutions Inc.<br>Po Box9640<br>Wilkes-Barre, Pa 18773-9640 | Final distribution to claim 12 representing a payment of 0.91 % per court order. | 7100-000 | | $59.61 | $581.32 |
| 02/19/15 | 113 | Navient Solutions, Inc.<br>Department Of Education Loan Services<br>P.O. Box 9635<br>Wilkes-Barre, Pa 18773-9635 | Final distribution to claim 13 representing a payment of 0.91 % per court order. | 7100-000 | | $466.86 | $114.46 |
| 02/19/15 | 114 | Navient Solutions, Inc.<br>220 Lasley Ave<br>Wilkes-Barre, Pa 18706 | Final distribution to claim 14 representing a payment of 0.91 % per court order. | 7100-000 | | $104.10 | $10.36 |
| 02/19/15 | 115 | American Infosource Lp As Agent For<br>T Mobile/T-Mobile Usa Inc<br>Po Box 248848<br>Oklahoma City, Ok 73124-8848 | Final distribution to claim 15 representing a payment of 0.91 % per court order. | 7100-000 | | $10.36 | $0.00 |
| 05/19/15 | 106 | Illinois Student Assistance Commission<br>1755 Lake Cook Rd<br>Deerfield Il 60015 | Final distribution to claim 5 representing a payment of 0.91 % per court order. Reversal | 7100-000 | | ($101.56) | $101.56 |
| | | | Page Subtotals: | | $0.00 | $1,124.45 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-03650 | Trustee Name: | DEBORAH M. GUTFELD |
|---|---|---|---|
| Case Name: | Joseph V Jezierski | Bank Name: | Associated Bank |
| | Alexis V Jezierski | Account Number/CD#: | XXXXXX7957 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3793 | Blanket Bond (per case limit): | $100,000.00 |
| For Period Ending: | 09/04/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/28/15 | 116 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7100-001 | | $1.04 | $100.52 |
| 05/28/15 | 117 | Sallie Mae Inc. On Behalf Of Usa Funds Attn: Bankruptcy Litigation Unit E3149 P.O. Box 9430 Wilkes-Barre, Pa 18773-9430 | Final distribution to claim 3 representing a payment of 0.96 % per court order. | 7100-000 | | $20.18 | $80.34 |
| 05/28/15 | 118 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7100-001 | | $2.28 | $78.06 |
| 05/28/15 | 119 | U. S. Department Of Education U.S. Department Of Education P.O. Box 5609 Greenville, Tx 75403-5609 | Final distribution to claim 6 representing a payment of 0.96 % per court order. | 7100-000 | | $19.60 | $58.46 |
| 05/28/15 | 120 | Dept Of Education Fedloan Servicing P.O. Box 69184 Harrisburg, Pa 17106-9184 | Final distribution to claim 7 representing a payment of 0.96 % per court order. | 7100-000 | | $14.88 | $43.58 |
| 05/28/15 | 121 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7100-001 | | $2.70 | $40.88 |
| 05/28/15 | 122 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7100-001 | | $2.98 | $37.90 |
| 05/28/15 | 123 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7100-001 | | $4.82 | $33.08 |
| 05/28/15 | 124 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7100-001 | | $2.54 | $30.54 |
| 05/28/15 | 125 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7100-001 | | $2.84 | $27.70 |
| 05/28/15 | 126 | Navient Solutions, Inc. Department Of Education Loan Services P.O. Box 9635 Wilkes-Barre, Pa 18773-9635 | Final distribution to claim 13 representing a payment of 0.96 % per court order. | 7100-000 | | $22.27 | $5.43 |
| 05/28/15 | 127 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7100-001 | | $4.95 | $0.48 |
| 05/28/15 | 128 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7100-001 | | $0.48 | $0.00 |

COLUMN TOTALS      $4,500.00      $4,500.00

Page Subtotals:      $0.00      $101.56

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

| | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $4,500.00 | $4,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,500.00 | $4,500.00 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7957 - Checking | $4,500.00 | $4,500.00 | $0.00 |
|  | $4,500.00 | $4,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $4,500.00 |
| Total Gross Receipts: | $4,500.00 |

Page Subtotals: $0.00 $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*